IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 04-20307- Ml |
| _Kenneth Gray_ ) | (30-Day Continuance) |
| ) | FILED IN OPEN COURT |
| ) | DATE: 6/1/05 |
| ) | TIME: |
| ) | INITIALS: |
| Defendant(s). ) | |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the June, 2005, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Friday, June 24, 2005, with trial to take place on the July, 2005 rotation calendar with the time excluded under the Speedy Trial Act through July 15, 2005. Agreed in open court at report date this 1st day of June, 2005.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _6/3/05_

SO ORDERED this 1st day of June, 2005.

                                                    JON PHIPPS McCALLA  
                                                    UNITED STATES DISTRICT JUDGE

_____  
Assistant United States Attorney

_____

_____

_____  
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:04-CR-20307 was distributed by fax, mail, or direct printing on June 3, 2005 to the parties listed.

---

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT