IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ula D.C.

05 JUL 27 AM 10: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 04-20307-Ml |
| vs. | ) | |
| | ) | |
| KENNETH GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

It is hereby ORDERED that the Government's motion to continue the trial date is hereby GRANTED, and the matter is now reset for report on **Friday, August 26, 2005** at 9:00 a.m. The time is excluded under the Speedy Trial Act.

IT IS SO ORDERED this the 26 day of July, 2005

Approved by [signature]
Date  7/25/05

[signature]
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  7-27-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 2:04-CR-20307 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT