FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG 26  AM 8: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

VS.

KENNETH GRAY,                                No. 04-20307

    Defendant.

---

## ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE

Before the Court is Defendant Kenneth Gray's Motion for Continuance. The Court finds that the United States has no objection to the continuance and that both parties need additional time to prepare the case for trial. The Court further finds that Defendant has no objection to the time being excluded for purposes of the Speedy Trial Act.

It is THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's request for a continuance is granted. And the case is reset from August 26, 2005 at 9:00 a.m. until the _23rd_ day of September, 2005 at 9:00 a.m.

Entered this the _25_ day of _Aug._, 2005.

_____
United States District Court Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _8-26-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 70 in case 2:04-CR-20307 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT