IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 17 PM 4:25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CR. NO. 04-20307-Ml |
| ) | |
| KENNETH GRAY ) | |
| ) | |
| Defendant. ) | |

ORDER ON CHANGE OF PLEA

   This cause came to be heard on November 16, 2005, the United States Attorney for this district, David Pritchard, appearing for the Government and the defendant, Kenneth Gray, appearing in person and with counsel, Scott Hall, who represented the defendant.

   With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty as to Count 1 of the Indictment.

   Plea colloquy was held and the Court accepted the guilty plea.

   **SENTENCING** in this case is **SET** for **WEDNESDAY, FEBRUARY 15, 2006, at 9:00 a.m., in Courtroom No. 4, on the 9th floor before Judge Jon Phipps McCalla.**

   Defendant is allowed to remain released on present bond.

   **ENTERED** this the __17__ day of November, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _11-18-05_

81

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 81 in case 2:04-CR-20307 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT